UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE BELL,

      Petitioner,

v.                                Case No. 11-15348

MITCHELL PERRY,

      Respondent.
                                      /

## JUDGMENT

In accordance with the court's July 31, 2012, "Opinion and Order Granting Respondent's Motion for Summary Judgment and Dismissing Petition for Writ of Habeas Corpus, Terminating as Moot Petitioner's 'Motion to Stay Proceedings' and 'Motion Requesting Disqualification of the Michigan Attorney General,' and Declining to Issue a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Mitchell Perry and against Petitioner Duane Bell. Dated at Detroit, Michigan, this 31st day of July, 2012.

                                                  DAVID J. WEAVER
                                                 CLERK OF THE COURT

                                    BY: s/Lisa Wagner
                                       Lisa Wagner, Deputy Clerk
                                       and Case Manager to
                                       Judge Robert H. Cleland